# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | |
|---|---|
| WILLIE D. SCALES JR., | : No. 487 MAL 2014 |
| Petitioner | : |
| | : Petition for Allowance of Appeal from the |
| | : Order of the Superior Court |
| v. | : |
| MORGAN-COLLINS, INC., ANDRE B. COLLINS, LORI J. WALKER, CHRIS A. PORBORSKY, JEREMY D. SMITH AND TIFFANY M. SNEDEGAR, | : |
| Respondents | : |

| | |
|---|---|
| WILLIE D. SCALES JR., | : No. 488 MAL 2014 |
| Petitioner | : |
| | : Petition for Allowance of Appeal from the |
| | : Order of the Superior Court |
| v. | : |
| MORGAN COLLINS INC., ANDREW B. COLLINS, LORI J. WALKER, CHRIS A. PORBORSKY, JEREMY D. SMITH AND TIFFANY M. SNEDEGAR, | : |
| Respondents | : |

## ORDER

**PER CURIAM**

    **AND NOW**, this 25th day of November, 2014, the Petition for Allowance of Appeal is **DENIED**.